IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MEDINA-HERRERA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> ) <br> ) <br> Defendant. ) | 1:09cv01769 DLB <br><br> ORDER GRANTING <br> EXTENSION OF TIME <br><br> (Document 13) |

On March 12, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file his confidential letter brief. The parties' request is GRANTED. Plaintiff's confidential letter brief SHALL be filed on or before April 11, 2010.

IT IS SO ORDERED.

    Dated:   **March 15, 2010**             **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE