BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| FERNANDO MEDINA-HERRERA,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 1:09cv01769 DLB<br><br>STIPULATION AND ORDER FOR<br>A FIRST EXTENSION OF 30 DAYS FOR<br>PLAINTIFF TO FILE HIS OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a first extension of thirty days to file his opening brief. The parties hope that this matter will not need to be briefed, and they would like additional time to attempt to agree upon the terms of remand. Counsel for Defendant is currently attempting to obtain authority from his client to settle this case in a manner that is consistent with the Court's Order Denying Defendant's Motion to Remand, and has requested Plaintiff to postpone the preparation and filing of his brief until Defendant is able to obtain an answer from his client. The current due date is September 20, 2010. The new due date will be October 20, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: September 9, 2010        *s/ Sengthiene Bosavanh*
                                       (As authorized by email)
                                       SENGTHIENE BOSAVANH
                                       Attorney for Plaintiff

Date: September 9, 2010         BENJAMIN B. WAGNER
                                       United States Attorney

                                     By *s/ Daniel P. Talbert*
                                       DANIEL P. TALBERT
                                       Special Assistant U. S. Attorney

                                       Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **September 9, 2010**                **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE