1  BENJAMIN B. WAGNER
2  United States Attorney
   LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
         333 Market Street, Suite 1500
6        San Francisco, California 94105
7        Telephone: (415) 977-8926
         Facsimile: (415) 744-0134
8        E-Mail: Daniel.Talbert@ssa.gov

9  Attorneys for Defendant

10              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
11                   FRESNO DIVISION

12
   FERNANDO MEDINA-HERRERA,  )   Case No. 1:09-CV-01769-DLB
13      Plaintiff,           )
                             )
14 v.                        )   STIPULATION AND ORDER FOR
   MICHAEL J. ASTRUE,        )   REMAND PURSUANT TO SENTENCE FOUR OF
15 Commissioner of Social Security, )  42 U.S.C. § 405(g), AND REQUEST FOR ENTRY
        Defendant.           )   OF JUDGMENT IN FAVOR OF PLAINTIFF AND
16                           )   AGAINST DEFENDANT

17
       IT IS HEREBY STIPULATED, by and between the parties, through their respective
18
   counsel of record, that this action be remanded to the Commissioner of Social Security for a
19
   finding of disability and payment of benefits. The Appeals Council has agreed to issue a fully
20
   favorable decision finding Plaintiff disabled beginning January 14, 2006, the alleged onset of
21
   disability.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.  Nothing in this order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted,

Dated: September 29, 2010         *s/ Sengthiene Bosavanh*
                                   (As authorized by email)
                                   SENGTHIENE BOSAVANH
                                   Attorney for Plaintiff

Date: September 29, 2010          BENJAMIN B. WAGNER
                                   United States Attorney

                                   By *s/ Daniel P. Talbert*
                                   DANIEL P. TALBERT
                                   Special Assistant U. S. Attorney

                                   Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **September 29, 2010**          /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE